IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JOY HOLLING-FRY, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-0092-CV-W-DGK |
| v. | ) ) | |
| COVENTRY HEALTHCARE OF KANSAS, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER ON WORDING OF CLASS CERTIFICATION NOTICE

The Court has reviewed the parties Joint Proposed Class Notice (doc. 123-1) filed on December 15, 2010. The Court appreciates the parties working together to agree on 99% of the wording. With respect to the disputed language, the Court has reviewed each parties comments in formulating the language it intends to use in the Notice.

Attached is the Notice the Court intends to send to the Class Administrator. The parties should file any objections by April 5, 2011. In the event the Court makes any further corrections or changes, the parties will be given notice. After reviewing any objections, the Court will send the notice to the Class Administrator with instructions to begin the notice process in accordance with the scheduling order, unless the parties inform the Court that the case has settled.

**IT IS SO ORDERED.**

Date:   March 21, 2011                    /s/ Greg Kays
                                          GREG KAYS, JUDGE
                                          UNITED STATES DISTRICT COURT