# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| JOY HOLLING-FRY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COVENTRY HEALTHCARE OF KANSAS, INC., <br><br> Defendant. | Case No. 07-0092-CV-W-DGK |

## **ORDER**

Attached to this Order is the Notice the Court will send to the Class Administrator. The only remaining information to be included will be the address used by the Class Administrator on page 7, paragraph 16. In the event the Court makes any further corrections or changes, the parties will be given notice. The Court will send the notice to the Class Administrator with instructions to begin the notice process in accordance with the contemporaneously issued Final Order Regarding Class Certification Notice, unless the parties inform the Court that the case has settled.

**IT IS SO ORDERED.**

Date: May 11, 2011

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT