IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JOY HOLLING-FRY,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        Civil No. 07-0092-CV-W-DGK
                                    )
COVENTRY HEALTH CARE OF             )
KANSAS, INC.,                       )
                                    )
            Defendant.              )

**ORDER**

        The Court has been advised that the parties have reached a new settlement

agreement. The parties are directed to file any settlement for this Court's consideration

in the format set out in the "Guidelines for Motions for Preliminary and Final Approval

of Class Action Settlement" which is attached to this order. The settlement agreement

shall be filed on or before March 5, 2012.


                                    /s/ Greg Kays
                                    GREG KAYS
                                    UNITED STATES DISTRICT JUDGE

Dated: February 23, 2012